IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40339
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MANUAL AUGUST,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:95-CR-36-1
- - - - - - - - - -
April 16, 1997

Before REAVLEY, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Manual August appeals his sentence, arguing that the district court mistakenly concluded that he lacked the authority to make a departure below the statutory minimum sentence for the offense of conviction. We have reviewed the record and the briefs of the parties and find no reversible error. 18 U.S.C. § 3553(f)(4); U.S.S.G. § 5C1.2.

AFFIRMED.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.